Andrew S. Ashworth (#016356)
GABRIEL & ASHWORTH, P.L.L.C.
10105 E. Via Linda
Suite 103, No. 392
Scottsdale, Arizona 85258
(480)368-2790
andrew@gabrielashworth.com

Attorney for Defendant GE

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Banker's Standard Insurance Company,  <br>    Plaintiff,  <br>vs.  <br>Elkay Manufacturing Company, an Illinois Corporation; General Electric Company, a New York Corporation,  <br>    Defendants | **NOTICE OF REMOVAL** |

  Pursuant to 28 U.S.C. §§ 1332 and 1446, and United States District Court Local Rule 3.6, defendant General Electric Company ("GE") files this notice of removal of action No. CV2014-002377, pending in the Superior Court of the State of Arizona, County of Maricopa. In support of removal, GE states as follows:

  1. GE and Elkay Manufacturing Company ("Elkay") are the only named defendants in the action styled *Baker's Standard Insurance Company v. Elkay et anor.,* No. CV2014-002377, pending in the Superior Court of the State of Arizona, County of Maricopa.

  2. GE was served with a copy of the Complaint in the state court action on January 31, 2014. Attached hereto as Exhibit 1 are copies of all process, pleadings and orders received by GE in the state court action. Upon information and belief, Elkay has

not yet been served with the Complaint.

3. GE has not pled, answered or otherwise appeared in the state court action.

4. Plaintiff Banker's Standard Insurance Company is a Pennsylvania company with its principal place of business in Pennsylvania. GE is a New York company with its principal place of business in Connecticut. Elkay is a Delaware company with its principal place of business in Illinois.

5. Plaintiff's initial pleading does not contain a specific sum demanded, in accordance with standard Arizona practice. Plaintiff asserted that the largest amount sought exceeds the limits set forth by Maricopa County local rule for compulsory arbitration, namely $50,000. Further, in pre-suit correspondence, the actual cash value for repairs to the structure at issue was estimated to be $76,145.85. (See David Morse & Associates Report, attached as Exhibit 2).

6. Removal is proper under 28 U.S.C. § 1441(a) because the district has original jurisdiction as the action is between citizens of different states and the amount in controversy exceeds the sum or value of $75,000. 28 U.S.C. § 1332(a).

7. This notice of removal is being filed within 30 days, pursuant to Rule 6(a), Federal Rules of Civil Procedure, after receipt by GE of the initial pleading setting forth the claims for relief in this action and is therefore timely filed pursuant to 28 U.S.C. § 1446(b).

8. Although Elkay has not yet been served in this matter, Elkay, through counsel, has confirmed that it consents to the removal of this action. All defendants have therefore consented to removal in accordance with 28 U.S.C. § 1446(b)(2)(a).

9. Written notice of the filing of this notice of removal has been given to the plaintiff through counsel and has been filed with the Clerk of the Superior Court in the State of Arizona for the County of Maricopa as provided by 28 U.S.C. § 1446(d) and Local Rule 3.6.

WHEREFORE GE requests that the above described action pending against it be removed to this Court.

RESPECTFULLY SUBMITTED this 28th day of February, 2014.

        GABRIEL & ASHWORTH, P.L.L.C.

      By: s/ Andrew S. Ashworth
         Andrew S. Ashworth
         GABRIEL & ASHWORTH, P.L.L.C.
         Attorney for Defendant GE

## CERTIFICATE OF SERVICE

I hereby certify that on the 28th day of February, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Kevin D. Bush
COZEN O'CONNOR
501 W. Broadway
Suite 1610
San Diego, CA 92101
kbush@cozen.com

Attorney for Plaintiff

s/ Andrew S. Ashworth