# **EXHIBIT 2**

# David Morse & Associates
Insurance Adjusters & Investigators

Regional Mail Center
8300 N. Hayden Rd, Ste A-106, Scottsdale, AZ  85258

email@davidmorse.com
www.davidmorse.com

**DMA**

ARIZONA: PHOENIX
(480) 367-5492   Fax: (480) 367-5493

January 15, 2013

Walt Patterson
G4S Compliance & Investigations
910 Paverstone Drive
Raleigh, NC  27615

Email: Amy.Fields@usa.g4s.com

PRELIMINARY/CLOSING REPORT

| | |
|---|---|
| Insured: | Elkay Manufacturing |
| Claimant: | Robert Duffy |
| Claim #: | 12,2398 |
| D/Loss: | 02/05/2012 |
| O/File: | DPH-4671 |

Dear Mr. Patterson,

ASSIGNMENT

This assignment was received in our office on 01/11/2013. We were instructed to complete an ACV valuation of property damage limited to information provided with this assignment.

INSURED & COVERAGE

The insured is Elkay Manufacturing.

PROPERTY DAMAGE

Emergency Services (Exhibit A)

No issues found following our review of this estimate.

Pack Out (Exhibit B)

No issues found following our review of this estimate.

Building Repairs (Exhibit C)

We have completed our review of the reconstruction estimate as compared with contractor estimates for mitigation and reconstruction. In our review we found the minimal duplications in flooring removal costs and have adjusted these line items in our estimate with explanation. In addition we found line item #41 under Pantry in the contractor's reconstruction estimate that duplicated painting efforts and as such, limited this in our estimate based on item description that includes both sides of the shelf.

Using these corrections and the reported age of dwelling at 28 years for the purpose of depreciation, we have prepared our reconstruction estimate in the amount of $162,477.45 RCV and $76,145.85 ACV. The non-recoverable depreciation was $86,331.60.

Supervision of Repairs (Exhibit D)

In review of this document, we found and question the total costs incurred reported at $2,405.00 in the summary of costs as compared to the supporting document reporting costs incurred at $1,425.00.

In addition, we found costs that appeared to be duplicated in the mitigation estimate as involved removal of cabinetry & appliances.

Plumbing Repairs (Exhibit E)

No issues found following our review of this estimate.

Personal Property (Exhibit F)

In our review of these documents, we found and question total costs incurred reported at $2,300.85 in the summary of costs as compared to the supporting documents reporting costs incurred at $2,019.98.

Adjusted Food Costs (Exhibit G)

In our review of these documents, we found and question total costs incurred reported at $3,915.54 in the summary of costs as compared to the supporting documents reporting costs incurred at $2,504.68

FURTHER HANDLING

None

COMMENTS

As this completes our limited assignment, we are closing our file at this time .

Thank you for this assignment.

Sincerely,

John Brinkley
Senior Adjuster
jbrinkley@dmaclaims.com
Cell: (719) 499-1139

Encls:
 Estimate w/ACV Valuation

Cc: Jim Brown, DMA VP Claims