Andrew S. Ashworth (#016356)
GABRIEL & ASHWORTH, P.L.L.C.
10105 E. Via Linda
Suite 103, No. 392
Scottsdale, Arizona 85258
(480)368-2790
andrew@gabrielashworth.com

Attorney for Defendant GE

## UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| Banker's Standard Insurance Company,<br><br>    Plaintiff,<br><br>vs.<br><br>Elkay Manufacturing Company, an Illinois Corporation;  General Electric Company, a New York Corporation,<br><br>    Defendants | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT GENERAL ELECTRIC COMPANY** |

  This Corporate Disclosure Statement is filed on behalf of Defendant General Electric Company in compliance with the provisions of:

  __x_ Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate party to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

  ____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

\_\_\_\_ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

**The filing party hereby declares as follows:**

\_\_x\_ No such corporation.

\_\_\_\_ Party is a parent, subsidiary or other affiliate of a publicly owned corporation as listed below.

\_\_\_\_ Publicly held corporation, not a party to the case, with a financial interest in the outcome.

\_\_\_\_ Other(please explain)

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

RESPECTFULLY SUBMITTED this 28th day of February, 2014.

GABRIEL & ASHWORTH, P.L.L.C.

By:  s/ Andrew S. Ashworth
     Andrew S. Ashworth
     GABRIEL & ASHWORTH, P.L.L.C.
     Attorney for Defendant GE

# **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of February, 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Kevin D. Bush
COZEN O'CONNOR
501 W. Broadway
Suite 1610
San Diego, CA 92101
kbush@cozen.com

Attorney for Plaintiff

s/ Andrew S. Ashworth