1  KEVIN D. BUSH
   AZ Bar No. 021696
2  E-mail:      kbush@cozen.com
   COZEN O'CONNOR
3  501 West Broadway, Suite 1610
   San Diego, CA  92101
4  Telephone: 800.782.3366
   Facsimile: 619.234.7831
5
   Attorney for Plaintiff,
6  BANKER'S STANDARD INSURANCE COMPANY

7

8              UNITED STATES DISTRICT COURT

9                  DISTRICT OF ARIZONA

10 BANKER'S STANDARD INSURANCE
   COMPANY,                              Case No.: 2:14-CV-00394-PHX-JAT
11
              Plaintiff,                 (Assigned to the Hon. Judge James A.
12                                       Teilborg)
      v.
13                                       **CORPORATE DISCLOSURE
   ELKAY MANUFACTURING COMPANY,          STATEMENT OF PLAINTIFF
14 an Illinois corporation; GENERAL      BANKER'S STANDARD
   ELECTRIC COMPANY, a New York          INSURANCE COMPANY**
15 corporation; and DOES 1 through 50,
   inclusive,
16
              Defendants.
17

18        This Corporate Disclosure Statement is filed on behalf of Plaintiff Banker's

19 Standard Insurance Company in compliance with the provisions of:

20        ☒    Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate

21 entity to an action in a district court must file a statement that identifies any parent

22 corporation and any publicly held corporation that owns 10% or more of its stock or states

23 that there is no such corporation.

24        ☐    Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental

25 corporate party to a proceeding in a district court must file a statement that identifies any

26 ////

1  parent corporation and any publicly held corporation that owns 10% or more of its stock or

2  states that there is no such corporation.

3  ☐  Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational

4  victim of alleged criminal activity is a corporation the government must file a statement

5  identifying the victim and the statement must also disclose the information required by

6  Rule 12.4(a)(1).

7  The filing party hereby declares as follows:

8  ☐  No such corporation.

9  ☒  Party is a parent, subsidiary or other affiliate of a publicly owned corporation

10  as listed below.  (Attach additional pages if needed.)

11  Banker's Standard_____ Relationship  wholly-owned subsidiary of ACE

12  Limited, a Public Company

13  ☐  Publicly held corporation, not a party to the case, with a financial interest in

14  the outcome.  List identity of corporation and the nature of financial interest.  (Attach

15  additional pages if needed.)

16  _____ Relationship _____

17  ☐  Other (please explain)

18  _____

19  A  supplemental  disclosure  statement  will  be  filed  upon  any  change  in  the

20  information provided herein.

21  Dated:  April 7, 2014                    COZEN O'CONNOR

22

23  By: /s/ KEVIN D. BUSH_____
    KEVIN D. BUSH

24  501 West Broadway, Suite 1610
    San Diego, CA  92101

25  Telephone: 800.782.3366
    Attorneys for Plaintiff,
    BANKER'S STANDARD INSURANCE

26  COMPANY

**CERTIFICATE OF SERVICE**

I hereby certify that on the 7th day of April 2014, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of Notice of Electronic Filing to the following CM/ECF Registrant:

Andrew S. Ashworth
Gabriel & Ashworth, PLLC
10105 E. Via Linda, Suite 103, No. 392
Scottsdale, AZ  85258
Telephone No.:  (480) 368-2790
Email:  Andrew@gabrielashworth.com

Attorney for Defendant,
General Electric Company

J. Gary Linder
Jones Skelton & Hochuli
2901 N. Central Avenue, Suite 800
Phoenix, AZ  85012
Telephone:  (602) 263-1700
Facsimile:  (602) 651-7599
Email:  glinder@jshfirm.com

Attorney for Defendant
Elkay Manufacturing Company

By:___/s/ Donna McKenzie_____