J. Gary Linder, Bar #020552
JONES, SKELTON & HOCHULI, P.L.C.
2901 North Central Avenue, Suite 800
Phoenix, Arizona 85012
Telephone: (602) 263-1700
Fax: (602) 200-7883
glinder@jshfirm.com

Attorneys for Defendant Elkay Manufacturing Company

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Banker's Standard Insurance Company, | NO. 2:14-CV-00394-PHX-JAT |
| Plaintiff, | **CORPORATE DISCLOSURE STATEMENT OF DEFENDANT ELKAY MANUFACTURING COMPANY** |
| v. | |
| Elkay Manufacturing Company, an Illinois Corporation; General Electric Company, a New York Corporation, | |
| Defendants. | |

This Corporate Disclosure Statement is filed on behalf of Defendant Elkay Manufacturing Company in compliance with the provisions of:

   X   Rule 7.1, Federal Rules of Civil Procedure, a nongovernmental corporate entity to an action in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(1), Federal Rule of Criminal Procedure, any nongovernmental corporate party to a proceeding in a district court must file a statement that identifies any parent corporation and any publicly held corporation that owns 10% or more of its stock or states that there is no such corporation.

_____ Rule 12.4(a)(2), Federal Rule of Criminal Procedure, if an organizational victim of alleged criminal activity is a corporation the government must

3697478.1

file a statement identifying the victim and the statement must also disclose the information required by Rule 12.4(a)(1).

The filing party hereby declares as follows:

　_X_　No such corporation.

　____　Party is a parent, subsidiary or other affiliate of the publicly owned corporation as listed below. (Attach additional pages if needed).

_____Relationship_____

　____　Publicly held corporation, not a party to the case, with a financial interest in the outcome. List identify of corporation and the nature of financial interest. (Attach additional pages if needed).

_____Relationship_____

　____　Other (please explain)

_____

A supplemental disclosure statement will be filed upon any change in eh information provided herein.

DATED this 6th day of June, 2014.

JONES, SKELTON & HOCHULI, P.L.C.


By J. Gary Linder_____
　J. Gary Linder
　2901 North Central Avenue, Suite 800
　Phoenix, Arizona 85012
　Attorneys for Defendant Elkay
　Manufacturing Company

3697478.1                                    2

**CERTIFICATE OF SERVICE**

I hereby certify that on this 6th day of June, 2014, I caused the foregoing document to be filed electronically with the Clerk of Court through the CM/ECF System for filing; and served on counsel of record via the Court's CM/ECF system.

Kevin D. Bush
Cozen O'Connor
501 West Broadway
Suite 1610
Sand Diego, CA 92101
Attorneys for Plaintiff

Andrew S. Ashworth
Gabriel & Ashworth, PLLC
10105 E. Via Linda
Suite 103, No. 392
Scottsdale, AZ 85258
Attorney for Defendant General Electric Company

/s/Amy Ebanks